# Challenge to Constitutionality of a State Statute

This form must be completed by a party filing a petition, motion or other pleading **challenging the constitutionality of a state statute**. The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

**Cause Number** *(For Clerk Use Only):*  **Court** *(For Clerk Use Only):*

Styled:

(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson)

**Contact information for party\* challenging the constitutionality of a state statute.** (*\*If party is not a person, provide contact information for party, party's representative or attorney.)*

| | |
|---|---|
| Name: | Telephone: |
| Address: | Fax: |
| City/State/Zip: | State Bar No. (if applicable): |
| Email: | |

Person completing this form is: ☐ Attorney for Party ☐ Unrepresented Party ☐ Other:

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☐ Petition  ☐ Answer  ☐ Motion (Specify type):
☐ Other:

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☐ Yes  ☐ No

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge**. (Additional pages may be attached if necessary.)

9/5/13